DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEBORAH FOOTMAN** and **KEITH BELL,**
Appellants,

v.

**HOMEOWNER'S CHOICE PROPERTY
& CASUALTY INSURANCE CO., INC.,**
Appellee.

No. 4D17-83

[January 25, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE15-001944.

Andrew C. Barnard and Marlene M. Sato of Barnard Law Offices, L.P., Miami, for appellants.

Scott A. Cole and Melinda S. Thornton of Cole, Scott & Kissane, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***